Court of Appeals for the Fourth Circuit denied. *Messrs. W. H. T. Loyall, George M. Lanning, E. W. Knight,* and *Edward R. Baird, Jr.,* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Letts,* and *Mr. J. Frank Staley* for the United States.

---

No. 559. L. J. RIGGS *v.* SIEGEL WORKMAN, UNITED STATES MARSHAL. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. A. M. Belcher* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for respondent.

---

No. 560. L. J. (BEAR CAT) RIGGS *v.* UNITED STATES November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. A. M. Belcher* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 562. NEW YORK AND CUBA MAIL STEAMSHIP COMPANY *v.* UNITED STATES AND FLANNERY, GUINAN AND MORAN, INC. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Chauncey I. Clark* and *Eugene Underwood* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Letts,* and *Mr. J. Frank Staley* for respondents.

---

No. 563. NEW YORK AND CUBA MAIL STEAMSHIP COMPANY *v.* UNITED STATES AND FLANNERY, GUINAN AND MORAN, INC. November 1, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Chauncey I. Clark* and *Eugene*